BEFORE THE THIRD DIVISION, MARCH 29, 1945

**No. 50082.**—Protests 22661–K, etc., of S. A. Haram et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.